January 29, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-10-00771-CR
NO. 14-10-00772-CR                                     V.

MARK STEVEN BELL, Appellee
_____

This cause was heard on the parties' agreed motion to dismiss the appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.